**Ross & Asmar LLC, Attorneys at Law**
**499 Seventh Avenue**
**23rd Floor, South Tower**
**New York, NY  10018**

| Invoice submitted to: |
|---|
| Ramon Felix |

| *Invoice Date* |
|---|
| February 02, 2016 |

Professional Services

| | | Hours | |
|---|---|---|---|
| 5/4/2015 ED | Preparation of pleadings<br>Prepare Complaint, Summons, and<br>Civil Cover Sheet for filing | 0.60 | $180.00 |
| SR | Conference with client<br>Conference with client | 0.80 | $280.00 |
| 5/5/2015 SR | Preparation of pleadings<br>Preparation of pleadings | 1.00 | $350.00 |
| 5/8/2015 ED | Preparation of pleadings<br>Preparation of pleadings for service<br>on Defendants, and e-mail to SDNY | 0.75 | $225.00 |
| ED | Draft<br>Draft and File affidavits of service | 0.75 | $225.00 |
| 9/16/2015 ED | Draft<br>Draft Amended Complaint | 0.80 | $240.00 |
| ED | Draft<br>Draft Corr to Ct re case status/no<br>default motion | 0.17 | $50.00 |
| 10/21/2015 SR | Conference with client<br>Conference with RW re settle | 0.50 | $175.00 |
| 10/23/2015 ED | Draft<br>Draft joint letter | 0.25 | $75.00 |

|  |  | Hours |  |
|---|---|---|---|
| 10/23/2015 ED | Letter to client<br>Corr and Conf with RW re proposed<br>scheduling order | 0.25 | $75.00 |
| 10/28/2015 SR | Court Appearance<br>Court Appearance (Conference) | 1.17 | $408.33 |
| 11/2/2015 ED | Draft<br>Draft letter re jurisdictional limit | 0.25 | $75.00 |
| 11/3/2015 SR | Review<br>Review proposed protective order | 0.50 | $175.00 |
| SR | Review<br>Review tax documents | 0.70 | $245.00 |
| SR | Draft<br>Corr with RW and FD | 0.17 | $58.33 |
| 11/5/2015 SR | Draft<br>Draft corr re juris | 1.40 | $490.00 |
| 11/9/2015 SR | Conference with client<br>Conference with Wong re settlement | 0.40 | $140.00 |
| 11/11/2015 SR | Conference with client<br>Conference with RW re settle | 0.50 | $175.00 |
| 11/12/2015 SR | Conference with client<br>Conference with RW | 0.60 | $210.00 |
| 11/13/2015 SR | Conference with client<br>Conference with RW | 1.00 | $350.00 |
| 11/16/2015 SR | Conference with client<br>Conference with RW re settlment | 0.90 | $315.00 |
| SR | Conference with client<br>Conference with client, RW | 0.70 | $245.00 |
| 11/18/2015 SR | Conference with client<br>Conference with RW | 0.40 | $140.00 |
| 11/23/2015 SR | Conference with client<br>Conference with RW | 0.20 | $70.00 |
| 12/1/2015 SR | Conference with client<br>Conference with FD | 0.33 | $116.67 |

|  |  | Hours |  |
|---|---|---|---|
| 12/8/2015 SR | Review<br>Review Settlement | 0.50 | $175.00 |
| 12/10/2015 SR | Review<br>Review corr from RW | 0.17 | $58.33 |
| SR | Draft<br>Draft corr to Ct re settlement | 0.10 | $35.00 |
| 12/15/2015 SR | Draft<br>Draft settlement agreement | 0.80 | $280.00 |
| 12/21/2015 ED | Review<br>Review Draft Settlement | 0.58 | $175.00 |
| 12/22/2015 ED | Review<br>Review and Revise settlement<br>agreement | 0.75 | $225.00 |
| 1/5/2016 SR | Review<br>Review and Revise settlement<br>agreement | 1.25 | $437.50 |
| 1/7/2016 ED | Draft<br>Draft corr to Ct re settlement extension | 0.17 | $50.00 |
| 1/8/2016 ED | Review<br>Review and respond to settlement<br>comments from RW and FD | 0.58 | $175.00 |
| 1/11/2016 SR | Conference with client<br>Conference with client, conf D atty re<br>settle | 0.50 | $175.00 |
| 1/14/2016 SR | Conference with client<br>Conference with client re settlement | 0.50 | $175.00 |
| 1/21/2016 ED | Review<br>Review Order re Settlement | 0.10 | $30.00 |

For professional services rendered                      21.09              $7,079.16

Additional Charges :

|  |  | Qty/Price |
|---|---|---|
| 5/6/2015 ED | Filing Fee<br>Complaint | 1<br>400.00 |

| | | Qty/Price |
|---|---|---|
| 5/8/2015 SR | Service Fee | 1 |
| | Service Fee | 75.00 |
| | Total additional charges | $475.00 |
| | Total amount of this bill | $7,554.16 |
| | Balance due | $7,554.16 |